IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JOSEPH M. EADS, | : | Case No. 1:24-cv-225 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| | : | |
| BUTLER COUNTY SHERIFF DEPARTMENT, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, the Court **ORDERS** the following:

1) Plaintiff's Eighth and/or Fourteenth Amendment claims against Nurse Kenswarth in his individual capacity, and Plaintiff's accompanying state medical malpractice claim against Nurse Kenswarth, may **PROCEED** to further development;

2) However, Plaintiff's remaining claims and the remaining Defendants are hereby **DISMISSED**;

3) Plaintiff must keep the Court informed of his current address and promptly file a Notice of New Address if he is released or transferred; and

4) The Clerk of Court is **DIRECTED** to send Plaintiff one blank Summons form and U.S. Marshal form for his use. Plaintiff is **ORDERED** to complete and return the forms regarding Nurse Kenswarth within thirty (30) days. Service shall then proceed as directed in Section V of the Report and Recommendation (Doc. 4).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND