IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JOSEPH M. EADS, | : | Case No. 1:24-cv-225 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| BUTLER COUNTY SHERIFF | : | |
| DEPARTMENT, et al., | : | |
| | : | |
| Defendants. | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 78)

---

The Court has thoroughly reviewed the Report and Recommendation of United States Chief Magistrate Judge Stephanie K. Bowman (Doc. 78), to whom this case is referred. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Upon review, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 78) and **DENIES** Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 49).

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND