**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| JOSEPH EADS, | : | Case No. 1:24-cv-225 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| | : | |
| NURSE KINSWORTHY, et al., | : | |
| | : | |
| Defendants. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 80)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 80), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, the Court **ORDERS** the following:

1. Defendant Timothy Kinsworthy's Motion for Summary Judgment (Doc. 61) is **GRANTED**;
2. Plaintiff Joseph M. Eads' Motions to Notify (Docs. 76, 77) are **DENIED as MOOT**;
3. Judgment is **ENTERED** in favor of Defendant Timothy Kinsworthy on all claims asserted against him; and
4. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: Matthew W. McFarland
JUDGE MATTHEW W. McFARLAND